UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARCIA,<br><br>          Plaintiff,<br><br>     v.<br><br>F. FOLKS, et al.,<br><br>          Defendants. | No.  2:14-cv-2378-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to submit the application to proceed in forma pauperis pursuant to the court's October 24, 2014 order.

Plaintiff's request (ECF No. 7) is granted and plaintiff has 30 days from the date this order is served to file his application to proceed in forma pauperis and required certified inmate trust account statement.

So ordered.

Dated:  November 17, 2014.

　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE