UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARCIA, | No. 2:14-cv-2378-EFB P |
| Plaintiff, | |
| v. | ORDER |
| F. FOLKS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed a second "notice" of his request for an extension of time to file his application to proceed in forma pauperis and required certified inmate trust account statement. ECF No. 9. Plaintiff's original request for extension of time, ECF No. 7, was granted by an order filed November 18, 2014, ECF No. 8. Accordingly, plaintiff's request (ECF No. 9) is denied as unnecessary and the Clerk is directed to terminate docket entry number 9.

So ordered.

Dated: December 2, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE