1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

RAUL GARCIA,                                                    No.  2:14-cv-2378-EFB P

12

                    Plaintiff,

13

      v.                                                              ORDER

14

F. FOLKS, et al.,

15

                    Defendants.

16

17

       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42

18

U.S.C. § 1983.

19

       By an order filed November 13, 2015, this court ordered plaintiff to complete and return

20

to the court, within thirty days, the USM-285 forms and copies of his complaint which are

21

required to effect service on the defendants.  On December 4, 2015, plaintiff submitted the USM-

22

285 forms but failed to file the copies.

23

       Accordingly, IT IS HEREBY ORDERED that:

24

       1.  The Clerk of the Court is directed to provide plaintiff with another copy of the

25

endorsed October 6, 2014 complaint.

26

/////

27

/////

28

/////

2.  Within thirty days, plaintiff shall submit to the court nine copies of the endorsed October 6, 2014 complaint, which are required to effect service.  Failure to return the copies within the specified time period will result in dismissal of this action.

DATED:  January 4, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2