UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARCIA,<br><br>                    Plaintiff,<br><br>        v.<br><br>F. FOLKS, et al.,<br><br>                    Defendants. | No.  2:14-cv-2378 JAM DB P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested entry of default against defendant Riley.  (ECF No. 40.)  Defendant Riley opposes that request.  (ECF No. 41.)  Attached to Riley's opposition is a copy of his signed waiver of service.   The waiver form shows that Riley was served on September 15, 2016.  (Id., Ex. A.)  Therefore, Riley's answer is due November 14, 2016.  (See ECF No. 25.)   Entry of default is only appropriate when the time for a party to plead or otherwise defend has expired.  See Fed. R. Civ. P. 55(a).

      Accordingly, IT IS HEREBY ORDERED that plaintiff's October 24, 2016 request for entry of default (ECF No. 41) is denied without prejudice as premature.

Dated:  November 9, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9

1

DLB1/prisoner-civil rights/garc2378.def