IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAUL GARCIA,** | 2:14-cv-02378-JAM-DB |
| Plaintiff, | **ORDER** |
| v. | |
| **F. FOULK, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Two items are before the court. First, plaintiff informed the court that he received the discovery which is the subject of his April 3, 2017 motion to compel and therefore requests that his motion be dismissed as moot. (See ECF No. 77.) Second, defendants seek a ten-day extension of time to file a summary judgment motion. Good cause appearing, IT IS HEREBY ORDERED that both requests are granted as follows:

    1. Plaintiff's motion to compel (ECF No. 72) is dismissed as moot; and

////

////

////

2. Defendants' motion for an extension of time (ECF No. 78) is granted. The deadline for filing pretrial motions is extended to June 26, 2017.

DATED: June 15, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/garc2378.mtc 2