UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARCIA, | No. 2:14-cv-2378 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| F. FOLKS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff has requested a second extension of time to file and serve an opposition to defendants' June 26, 2017 motion for summary judgment pursuant to the court's order of July 20, 2017. Plaintiff contends he has not had sufficient access to the library. Defendants oppose the request. They contend plaintiff is entitled to four hours of library time per week and has been to the library five times since defendants filed their summary judgment motion.

The court finds good cause for one, final thirty-day extension of time. No further extension of time will be granted. IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 86) is granted; and

////

////

2. Plaintiff shall place his opposition in the mail on or before September 18, 2017.  No further extension of time will be granted for this purpose.  Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated:  August 29, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/garc2378.36opp