# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RAUL GARCIA,                           No. 2:14-cv-2378 JAM DB P

    Plaintiff,

v.

F. FOULK, et al.,

    Defendants.
                                                               **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Raul Garcia, CDCR # G-31724, a necessary and material witness in a settlement conference in this case on March 29, 2018, is confined in Pelican Bay State Prison (PBSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Thursday, March 29, 2018 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. The Order and Writ of Habeas Corpus ad Testificandum issued on January 31, 2018 is vacated and replaced with the present order and writ.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, PBSP, P.O. Box 7000, Crescent City, California 95531:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

////
////
////
////
////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 13, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/garc2378.841(2)