UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>F. FOLKS, et al.,<br><br>        Defendants. | No. 2:14-cv-2378 JAM DB P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action brought under 42 U.S.C. § 1983. On January 26, 2018, the court found the appointment of counsel for plaintiff warranted for the limited purpose of preparing for and representing plaintiff at an evidentiary hearing on the issue of exhaustion. (ECF Nos. 96, 104.) Douglas R. Thorn has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

      Accordingly, IT IS HEREBY ORDERED that:

1. Douglas R. Thorn is appointed as counsel in the above entitled matter. Counsel is appointed for the limited purpose of preparing for and representing plaintiff at an evidentiary hearing on the issue of exhaustion as outlined in the findings and recommendations dated January 26, 2018 (ECF No. 96).

2. Douglas R. Thorn's appointment will terminate when the order on the issue of exhaustion has been filed. Prior to the termination of the appointment, the court may accord counsel the option of proceeding as plaintiff's appointed counsel through trial. If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose appointment, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Douglas R. Thorn, Thorn Law Firm, 1380 Lead Hill Blvd., Suite 106, Roseville, CA 95661.

5. On August 3, 2018, at 10:00 a.m. in courtroom # 27, the undersigned will hold a status and scheduling conference. Counsel need not prepare status conference statements but should be prepared to discuss their readiness for the evidentiary hearing on the issue of exhaustion.

Dated: May 31, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/garc2378.31(3)