UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>F. FOLKS, et al.,<br><br>        Defendants. | No. 2:14-cv-2378 JAM DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. The court has scheduled an evidentiary hearing to begin October 22, 2018 on the issue of exhaustion of administrative remedies. Both parties have submitted witness and exhibits lists. (ECF Nos. 113, 114.) Plaintiff identifies the witnesses for the evidentiary hearing as plaintiff, inmate George Jacobs IV, and CDCR Staff Member A. Pruitt. Plaintiff then requests "writs to be issued by the Court to compel the attendance of all witnesses." (ECF No. 114.)

Plaintiff is advised that writs are only appropriate to obtain the attendance of inmate witnesses. They are not a method to "compel" attendance but are a directive to the prison to provide the inmate for a court appearance. The attendance of non-inmate witnesses must be procured through normal means.

The court will issue a writ for the attendance of plaintiff at the evidentiary hearing. However, plaintiff has not explained why he requires the attendance of inmate Jacobs or whether

1

Mr. Jacobs is willing to testify in this proceeding. The procedures for procuring the attendance of non-party inmate witnesses are set out in the Discovery and Scheduling Order issued October 11, 2016. (ECF No. 38.) Plaintiff is advised that any such motion should be filed as quickly as possible because arrangements for the transportation of inmate witnesses to court can be time-consuming.

IT IS SO ORDERED.

Dated: September 26, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/garc2378.mot for writs