Douglas R. Thorn (CA Bar No. 133521)
Thorn Law Firm
1380 Lead Hill Boulevard, Suite 106
Roseville, California 95661
916.768.9311
doug@thornlawfirm.org

Attorneys for Plaintiff Raul Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Garcia,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>F. Folks, et al,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cv-02378-JAM-DB<br><br>STIPULATION AND ORDER<br><br>Date: October 22, 2018<br>Time: 9:00 a.m.<br>Place: Courtroom 27<br>Judge: Hon. Deborah Barnes |

TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:

To save time and allow Magistrate Judge Barnes and the parties to focus on the dispositive issue of exhaustion at the upcoming evidentiary hearing, counsel of record for the parties stipulate to the foundation for admission of the following exhibits and reserve all other objections to admission:

1. Plaintiff's Exhibit 1 (Form 22 and response from A. Pruit)
2. Defendants' Exhibit 1 (SOMS Movement History)
3. Defendants' Exhibit 5 (Appeals Log from High Desert)
4. Defendants' Exhibit 7 (DOM 54100.6 and 54100.25.2)
5. Defendants Exhibit 9 (Pages from transcript of Plaintiff's deposition)

SO STIPULATED

////

////

1 | Date: October 9, 2018 | /s/ Douglas R. Thorn

DOUGLAS R. THORN
Attorney for Plaintiff

Date: October 9, 2018 | /s/ Aseil Mohmoud

ASEIL MOHMOUD
Attorney for Defendants

PROPOSED ORDER

The Court has considered the stipulation of counsel for the parties and finds good cause to adopt the stipulation as an order of the Court.

IT IS SO ORDERED

Dated: October 11, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/garc2378.evi stip